Aubertine v Aubertine (2025 NY Slip Op 04373)

Aubertine v Aubertine

2025 NY Slip Op 04373

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, GREENWOOD, AND KEANE, JJ.

516 CA 24-01564

[*1]VINCENT C. AUBERTINE, PLAINTIFF-APPELLANT,
v
KEITH A. AUBERTINE AND TRACY L. AUBERTINE, DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) 

TREVETT CRISTO, ROCHESTER (DAVID H. EALY OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
SCHWERZMANN & WISE, P.C., WATERTOWN (KEITH B. CAUGHLIN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Jefferson County (James P. McClusky, J.), entered June 11, 2024. The order, insofar as appealed from, granted the cross-motion of defendants for summary judgment on their first and second counterclaims. 
It is hereby ORDERED that the order insofar as appealed from is unanimously reversed on the law without costs and the cross-motion is denied.
Same memorandum as in Aubertine v Aubertine ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court